FILED BY ⎯⎯ D.C.

05 AUG -3 PM 5: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                Criminal No. 02-20165-BBD

SHERRIE-LEE DOREEN CAVE,

Defendant.

---

### ORDER RE: MODIFICATION OF DEFENDANT SHERRIE-LEE DOREEN CAVE'S BOND

---

Good cause having been shown,

IT IS HEREBY ORDERED that the bond for Sherrie-Lee Doreen Cave be modified as follows: the defendant may travel to Saskatchewan, Canada, from August 11 through 21, 2005. Ms. Cave is to provide her Pretrial Services officer with her complete itinerary at least 48 hours prior to her departure. Further, Ms. Cave is to report to her Pretrial Services officer within 48 hours of her return to the Central District of California.

IT IS FURTHER ORDERED that Ms. Cave may renew her expired Canadian passport and shall lodge her new passport with this Court on or before September 2, 2005.

All other terms and conditions of the bond shall remain in full force and effect.

Dated: 8/3/2005

HONORABLE BERNICE BOUIE DONALD
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-8-05

1


587

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 Wilshire Boulevard, Suite 1510, Los Angeles, California 90017.

On August 1, 2005, I served the foregoing document described as **Defendant Sherrie-Lee Doreen Cave's Motion for Modification of Bond** and **Order Re: Modification of Defendant Sherrie-Lee Doreen Cave's Bond** on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Dan L. Newsom, Esq.
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, Tennessee 38103
Telephone: (901) 544-4231
Facsimile: (901) 544-4230

**XXX**   **BY MAIL**: I deposited said envelopes with the United States Postal Service at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

**BY OVERNIGHT MAIL (VIA FEDEX)**: By placing a true copy thereof in sealed envelopes addressed to the parties listed above (or on the attached service list) and causing them to be deposited in the Federal Express depository maintained at 800 Wilshire Boulevard, Los Angeles, California 90017. The envelopes were sent with Federal Express fees fully paid, with written instructions for "next business day" delivery.

**BY FACSIMILE TRANSMISSION**: By transmitting a true copy thereof via facsimile to the offices of the parties listed above. I caused the copy to be transmitted at _____ a.m./p.m. on August 1, 2005, from facsimile number (213) 622-0445. The transmission was reported as complete and without error. A copy of the transmission report is attached to this Proof of Service.

**FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct,.

Executed on August 1, 2005, at Los Angeles, California.

STACI J. MOMII

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 587 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Richard M. Steingard
LAW OFFICE OF RICHARD M. STEINGARD
800 Wilshire Blvd.
Ste. 1510
Los Angeles, CA 90017

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT