IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT

DATE: _8-9-2005_

TIME: _4:10 pm_

INITIALS: _T.H._

UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                                  Criminal No. 02-20165-BBD

SHERRIE-LEE DOREEN CAVE, et al.,

                    Defendants.

---

## ORDER DISMISSING INDICTMENT
## AS TO SHERRIE-LEE DOREEN CAVE

---

Pursuant to the plea agreement of the parties, the oral motion of the United States of America, and for good cause shown, it is hereby **ORDERED** that this case is dismissed as to the defendant Sherrie-Lee Doreen Cave.

Entered this _9th_ day of August, 2005.

HONORABLE BERNICE BOUIE DONALD
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8/11/05_

597

APPROVED FOR ENTRY:

By: _____
     DAN L. NEWSOM
     Senior Litigation Counsel
     U.S. Attorney's Office
     Western District of Tennessee

By: _____
     CHRISTOPHER E. COTTON
     Assistant United States Attorney
     U.S. Attorney's Office
     Western District of Tennessee

By: _____
     RICHARD M. STEINGARD
     Attorney for Defendant
     SHERRIE-LEE DOREEN CAVE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 597 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT