FILED BY _____ D.C.

05 AUG 30 PM 4: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

    Case No.: 02-20165 D

**GEOFFREY L. FELDMAN (Defendant No. 5),
SHERRIE-LEE DOREAN CAVE (Defendant. No. 6),
STACY LAYNE BEAVERS (Defendant No. 12), and
MICHAEL ELLIOT COLE (Defendant No. 17),**

    Defendants.

## ORDER STRIKING MOTIONS

On the docket are pending motions as to the above defendants. It appears that each defendant has entered a plea of guilty and been sentenced. Accordingly, all pending motions as to each defendant should be stricken as moot, to wit:

| **Defendant** | **Docket Entry No.** |
| --- | --- |
| Geoffrey L. Feldman | 533; 539; and 543 |
| Sherrie Lee Doreen Cave | 523; 533; 539; and 543 |
| Stacy Layne Beavers | 533; 539; and 543 |
| Michael Elliott Cole | 276, 533; and 539 |

IT IS SO ORDERED this 29 day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 623 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Honorable Bernice Donald
US DISTRICT COURT